J-A19031-23

2023 PA Super 235

| IN THE INTEREST OF: S.A.S., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |
| | : | |
| | : | |
| APPEAL OF: DEPARTMENT OF HUMAN SERVICES | : | |
| | : | |
| | : | |
| | : | No. 504 EDA 2023 |

Appeal from the Order Entered February 8, 2023
In the Court of Common Pleas of Philadelphia County Juvenile Division at
No(s): CP-51-DP-0000554-2022

BEFORE:   BOWES, J., STABILE, J., and PELLEGRINI, J.*

CONCURRING STATEMENT BY BOWES, J.:   **FILED NOVEMBER 13, 2023**

I disagree with my esteemed colleagues' decision to saddle Parents with

any burden of proof in relation to the finding of abuse as defined in

§ 6303(b.1)(1). **See** Majority Opinion at 22-23.  In all other respects, I join

the decision to reverse the order finding Parents did not abuse S.A.S.

Judge Stabile joins this Concurring Statement.

---

* Retired Senior Judge assigned to the Superior Court.